**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OLIVER KLAUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:21-cv-03745-PAC |
| v. | ) |
| | ) |
| MILLENDO THERAPEUTICS, INC., | ) |
| LOUIS J. ARCUDI III, CAROL | ) |
| GALLAGHER, JAMES HINDMAN, JOHN | ) |
| P. HOWE III, GEOFF NICHOL, CAROLE | ) |
| NUECHTERLEIN, and JULIA C. OWENS, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have

filed neither an answer nor a motion for summary judgment in the Action.

Dated: June 24, 2021
                                    **RIGRODSKY LAW, P.A.**

                                    By:  */s/ Gina M. Serra*
                                         Seth D. Rigrodsky
                                         Timothy J. MacFall
                                         Gina M. Serra
                                         Vincent A. Licata
                                         825 East Gate Boulevard, Suite 300
                                         Garden City, NY 11530
                                         Telephone: (516) 683-3516
                                         Email: sdr@rl-legal.com
                                         Email: tjm@rl-legal.com
                                         Email: gms@rl-legal.com
                                         Email: vl@rl-legal.com

                                         *Attorneys for Plaintiff*